IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

PATRICK ROMES                                                                                    PETITIONER

v.                                    Case No. 5:14-cv-00002 KGB/HDY

RAY HOBBS, Director of the
Arkansas Department of Correction                                                       RESPONDENT

## ORDER

The Court has received Proposed Findings and Recommendations from Magistrate Judge H. David Young (Dkt. No. 18). After careful review of those Proposed Findings and Recommendations, the objections thereto filed by petitioner Patrick Romes (Dkt. No. 19), and a *de novo* review of the record, the Court concludes that the Proposed Findings and Recommendations should be, and hereby are, approved and adopted in their entirety as this Court's findings in all respects. The Court denies and dismisses with prejudice Mr. Romes's petition for writ of habeas corpus. Judgment will be entered accordingly.

Pursuant to 28 U.S.C. § 2253 and Rule 11 of the Rules Governing Section 2554 Cases in the United States District Court, the Court must determine whether to issue a certificate of appealability in the final order. In § 2254 cases, a certificate of appealability may issue only if the applicant has made a substantial showing of the denial of a constitutional right. 28 U.S.C. § 2253(c)(1)-(2). The Court finds no issue on which Mr. Romes has made a substantial showing of a denial of a constitutional right. Thus, the certificate of appealability is denied.

SO ORDERED this 18th day of February, 2015.

_____
Kristine G. Baker
United States District Judge